PHILLIP A. TALBERT
United States Attorney
ELLIOT C. WONG
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone:  (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUMPREET SINGH, | CASE NO.  2:24-CV-02289-AC |
| Plaintiff, | STIPULATION AND [~~PROPOSED~~] ORDER FOR FIRST EXTENSION OF TIME |
| v. | |
| USCIS, ET AL., | |
| Defendants. | |

The Defendants respectfully request a first extension of time in which to respond to the complaint, and counsel for Plaintiff does not oppose.  In this case, Plaintiff alleges that U.S. Citizenship and Immigration Services ("USCIS") has unreasonably delayed scheduling an interview on his pending asylum application, which he filed in 2016.  USCIS has scheduled Plaintiff's asylum interview for February 19, 2025.  The parties anticipate that this lawsuit will be rendered moot once USCIS completes its adjudication of Plaintiff's application, and USCIS anticipates it will do so within 120 days following the successful complete of Plaintiff's asylum interview.  In the event USCIS cancels or reschedules the interview on Plaintiff's application, the agency will endeavor to reschedule the interview within four weeks of the original date.

1

1       The parties therefore stipulate that the new date for Defendants to file an answer or other

2  dispositive pleading is June 20, 2025.  The parties further request that all other filing deadlines be

3  similarly extended.

4

5  Respectfully submitted,

6

7  Dated:  October 23, 2024                      PHILLIP A. TALBERT
                                     United States Attorney

8

9                             By:   /s/ ELLIOT C. WONG

10                                 ELLIOT C. WONG
                               Assistant United States Attorney

11

12                                /s/ JESSICA T. ARENA

13  Dated: October 23, 2024                  Jessica T. Arena
                                 Counsel for Plaintiff

14

15                          [~~PROPOSED~~] ORDER

16       It is so ordered.

17

18

19

20

21  Date: October 25, 2024

22                                 ALLISON CLAIRE
                               UNITED STATES MAGISTRATE JUDGE

23

24

25

26

27

28